**Order entered September 22, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-18-00868-CV

**BRIGETTA D'OLIVIO, Appellant**

**V.**

**GREG FOX AND LAURA FOX, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05606**

## ORDER

Before us is appellant Brigetta D'Olivio's Emergency Motion for Permission to File Appellant's Amended Motion for Rehearing. In this motion, which was filed at the same time as appellant's motion for rehearing, she requests an additional six weeks to file an amended motion for rehearing. Appellant was previously granted two extensions of time to file her motion for rehearing. Our order granting the second extension stated that any further requests for extension of time would be disfavored. Appellant's motion to amend her motion for rehearing

is clearly an attempt to receive yet another extension of time. Appellant asserts no facts or argument to support her request for an additional six weeks. She states only that the additional time is needed "so that the points necessary to be addressed in this Court's Memorandum Opinion can be effectively addressed." Appellant's Emergency Motion for Permission to File Appellant's Amended Motion for Rehearing is **DENIED**.

/s/    AMANDA L. REICHEK
       JUSTICE